# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOSEPH FRANKLIN**

      vs.                        **CASE NUMBER: 1:07-CV-189 (FJS/DRH**

**THE CITY OF SCHENECTADY; BRIAN U. STRATTON, individually and as Mayor of the City of Schenectady; JOSEPH ALLEN, individually and as a member of the City Council of the City of Schenectady; MARK BLANCHFIELD, individually and as a member of the City Council of the City of Schenectady; DENISE BRUCKER, individually and as a member of the City Council of the City of Schenectady; PETER DELLA RATTA, individually and as a former member of the City Council of the City of Schenectady; CATHERINE LEWIS, individually and as a former member of the City Council of the City of Schenectady; FRANK MAURIZIO, individually and as a member of the City Council of the City of Schenectady; BARBARA STRANGFELD, individually and as a former member of the City Council of the City of Schenectady; L. JOHN VAN NORDEN, individually and as former Deputy Corporation Counsel of the City of Schenectady; KEITH LAMP, individually and as Building Inspector of the City of Schenectady; and RICHARD A. ALOIS, individually and as former Code Enforcement Officer of the City of Schenectady**

**Decision by Court.**    This action came to hearing before the Court.
                                 The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is granted in its entirety and judgment is entered in favor of the defendants and this action is closed.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of November, 2009.

DATED: November 24, 2009

                                                      Clerk of Court

                                                      s/

                                                      Joanne Bleskoski
                                                      Deputy Clerk